Decided March 1, 2004

## STATE OF CONNECTICUT *v.* FLORENCIO P. PUNSALAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 84 (AC 22917), is denied.

*Hubert J. Santos* and *Patrick S. Bristol,* in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided March 1, 2004

## STATE OF CONNECTICUT *v.* FREDERICK ACKER

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 141 (AC 23407), is denied.

*Michael T. Meehan,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided March 1, 2004